**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

**PORCHEA JACKSON, individually and on behalf of all others similarly situated,**

**Plaintiff,**

**-v-**

**CBV COLLECTIONS, INC.,**

**Defendant.**

**Civil Case Number:  1:18-cv-00019-WLS**

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of her claims against Defendant **CBV COLLECTIONS, INC.** in the above-captioned matter, with prejudice.  A proposed Order of Dismissal is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:        April 1, 2019

/s/ Shimson Eliot Wexler
Shimson Eliot Wexler, Esq.
1411 Dalewood Drive NE
Atlanta, GA 30329
Tel: (212) 760-2400
Email: swexleresq@gmail.com

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com
*Attorneys for Plaintiff, PRO HAC VICE*
*Porchea Jackson*

/s/ Sherman Willis
Sherman Willis, Esq.
P.O. Drawer 71788
Albany, GA 31707
Tel: (229) 883-2441
Email: Sherman.willis@gwspplaw.com
*Attorneys for Defendant*
*CBV Collections, Inc.*