IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| PORCHEA JACKSON, individually and on behalf of all others similarly situated, | * |
| | * |
| Plaintiff, | Case No. 1:18-CV-19 (WLS) |
| v. | * |
| CBV COLLECTIONS, INC., | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 2, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of April, 2019.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk